UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| THOMAS E. PEREZ, | ) | |
| Secretary of Labor, | ) | CASE NO. |
| United States Department of Labor, | ) | 1:15-CV-04228-ELR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| D&D AUTOW'S INC., | ) | |
| Khosrow Daneshgari (an individual), and | ) | |
| Leslie Zotti (and individual) | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Secretary of Labor, United States Department of Labor, by and through counsel, hereby files this Notice of Voluntary Dismissal Without Prejudice, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

This 8th day of August, 2016.

Respectfully submitted,

| | |
|---|---|
| ADDRESS: | M. PATRICIA SMITH<br>Solicitor of Labor |
| Office of the Solicitor<br>U. S. Department of Labor<br>61 Forsyth Street, S.W.<br>Room 7T10<br>Atlanta, GA  30303 | STANLEY E. KEEN<br>Regional Solicitor<br><br>ROBERT WALTER<br>Counsel |
| Telephone:<br>(404) 302-5449<br>(404) 302-5438 (FAX)<br>E-mail:<br>yanthis-bailey.yasmin@dol.gov<br>ATL.FEDCOURT@dol.gov (Primary) | By: /s/Yasmin K. Yanthis-Bailey<br>    YASMIN K. YANTHIS-BAILEY<br>    Attorney<br>    Georgia Bar No. 780202<br><br>Office of the Solicitor<br>U. S. Department of Labor<br>Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| THOMAS E. PEREZ,                                )<br>Secretary of Labor,                                 )<br>United States Department of Labor,      )<br>                                                              )<br>                              Plaintiff,           )<br>                                                              )<br>             v.                                             )<br>D&D AUTOW'S INC.,                           )<br>Khosrow Daneshgari (an individual), and  )<br>Leslie Zotti (and individual)                    )<br>                                                              )<br>                                                              )<br>                              Defendants.       ) | CASE NO.<br>1:15-CV-04228-ELR |

I hereby certify that on August 8, 2016, I electronically filed the **Plaintiff's Notice of Voluntary Dismissal Without Prejudice** with the Clerk of Court using the CM/ECF system and mailed a copy of the document via U. S. First Class Mail for the following non-CM/ECF participants:

> D&D Autow's Inc.
> 2739 Delk Road
> Marietta, GA 30067
>
> Khosrow Daneshgari
> 2739 Delk Road
> Marietta, GA 30067
>
> Leslie Zotti
> 2739 Delk Road
> Marietta, GA 30067

/s/ Yasmin K. Yanthis-Bailey
YASMIN K. YANTHIS-BAILEY
Attorney

Telephone: 404/302-5449
Facsimile: 404/302-5438
yanthis-bailey.yasmin@dol.gov
atl.fedcourt@dol.gov (Primary)